UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GRACIELA DONCOUSE,

                               Plaintiff,                         *Civil Action No.*

         -against-                                             1:24-cv-03327-VEC

ELYMAR RESTAURANT CORPORATION,
and WEST 50TH ST. ASSOCIATES, L.L.C.,

                              Defendants.

-----------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **GRACIELA DONCOUSE** and Defendants, **ELYMAR RESTAURANT CORPORATION** and **WEST 50TH ST. ASSOCIATES, L.L.C.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a forty-five (45) day order be issued.

Dated: August 21, 2024

                                                                    By: _____
                                                                         Bradly G. Marks
                                                                         The Marks Law Firm, PC
                                                                         155 E 55th Street, Suite 4H
                                                                         New York, NY 10022
                                                                         T:(646) 770-3775